Marcano, Recurrente, *v.* El Registrador de la Propiedad, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas calificando ciertos defectos subsanables.

No. 188.—Resuelto en junio 8, 1914.

Edificio Nuevamente Construído—Medidas de la Casa—Defectos Subsanables.—No determinando la ley hipotecaria ni su reglamento qué clase de títulos han de presentarse para la inscripción de un edificio nuevamente

construído no constituye defecto alguno el que en la escritura declarando la construcción de dicho edificio no se expresen las medidas de la casa por no haber precepto alguno que lo exija.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El Registrador Sr. Raul Benedicto no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El recurrente presentó en el Registro de la Propiedad de Caguas para su inscripción una escritura en la que expone que el concejo municipal de aquella ciudad le concedió en usufructo un solar cuya descripción hace y que forma parte de una finca propiedad de ese municipio, así como que sobre dicho solar ha fabricado una casa cuya situación y linderos son los mismos que se han expresado en cuanto al solar.

El registrador verificó la inscripción solicitada aunque consignando dos defectos subsanables, contra uno de los cuales es que se establece este recurso, pues el otro se acepta, siendo el recurrido el de que la escritura omite expresar las medidas de la casa.

En el caso de *A. Sánchez & Ca.* v. *El Registrador,* 16 D. P. R., 441, en el que el registrador había consignado entre otros defectos subsanables el de no expresarse la medida de la casa por cada uno de sus lados, se declaró por este Tribunal Supremo que no determinando la Ley Hipotecaria ni su reglamento qué clase de títulos han de presentarse para la inscripción de un edificio nuevamente construído o reformado, no hay precepto alguno que requiera las formalidades que exigía la nota de aquel registrador.

Esa consideración es aplicable al presente caso y por tanto la nota recurrida debe ser revocada en ese particular.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.